# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 17-1740V
Filed: March 22, 2019
UNPUBLISHED

| | |
|---|---|
| JENNIFER FEISAL CURTIS,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Amy A. Senerth*, Muller Brazil, LLP, Dresher, PA, for petitioner.
*Debra A. Filteau Begley*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

  On November 6, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a left shoulder injury related to vaccine administration ("SIRVA") as a result of receiving her October 10, 2016 influenza ("flu") vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

  On October 16, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On March 22, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $65,756.54,

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

representing $65,000.00 in compensation for pain and suffering, $65.54 in compensation for pats out-of-pocket medical expenses, and $691.00 in compensation for past lost wages. Proffer at 1-2. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $65,756.54, representing $65,000.00 in compensation for pain and suffering, $65.54 in compensation for pats out-of-pocket medical expenses, and $691.00 in compensation for past lost wages, in the form of a check payable to petitioner, Jennifer Feisal Curtis.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                    <u>**s/Nora Beth Dorsey**</u>
                                                    Nora Beth Dorsey
                                                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

*************************************
**JENNIFER FEISAL CURTIS,**                 *
                                            *
        Petitioner,                  *       **No. 17-1740V**
                                            *       CHIEF SPECIAL MASTER
v.                                          *       NORA BETH DORSEY
                                            *
**SECRETARY OF HEALTH AND**                 *
**HUMAN SERVICES**,                         *
                                            *
        Respondent.                  *
*************************************

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On October 11, 2018, respondent filed a Rule 4(c) Report, conceding that petitioner's claim meets the Table criteria for a SIRVA following vaccination. The Court issued a Ruling on Entitlement on October 16, 2018, finding petitioner entitled to compensation under the Vaccine Act.

**I.**     **Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded the following, and requests that the Chief Special Master's decision and the Court's judgment award:

1. A lump sum payment of $65,000.00, which represents compensation for pain and suffering, see 42 U.S.C. § 300aa-15(a)(4);

2. A payment of $65.54, which represents compensation for past out-of-pocket medical expenses, see 42 U.S.C. § 300aa-15(a)(1); and

3. A payment of $691.00, which represents compensation for past wage loss, see 42 U.S.C. § 300aa-15(a)(3).

These amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

## II.     Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.  Respondent recommends that petitioner be awarded a lump sum payment of **$65,756.54**, in the form of a check payable to petitioner.  Petitioner agrees.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

GABRIELLE M. FIELDING
Assistant Director
Torts Branch, Civil Division

/s/ DEBRA A. FILTEAU BEGLEY
DEBRA A. FILTEAU BEGLEY
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Phone: (202) 616-4181

Dated:  March 22, 2019

---

[1]     Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future pain and suffering.